UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH TAVENNER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>　　　　　　　　　Defendant. | Case No. 1:21-cv-06345-CM<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Matthew W. Lampe of Jones Day as counsel in this case for Defendant International Business Machines Corporation. I certify that I am admitted to practice in this Court.

Dated: August 6, 2021

Respectfully submitted,

/s/ _Matthew W. Lampe_
Matthew W. Lampe
mwlampe@jonesday.com
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Attorney for Defendant*
*International Business Machines Corporation*