UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH TAVENNER,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>Defendant. | No. 1:21-cv-06345 (CM) |

**NOTICE OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S RULE 12(B)(6) MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant International Business Machines Corporation ("IBM"), by and through its undersigned counsel, moves this Court before the Honorable Colleen McMahon, United States District Court Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 24A, for an Order dismissing Plaintiff Deborah Tavenner's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. IBM's motion is based upon the accompanying Memorandum of Law, dated November 18, 2021.

Date:  November 18, 2021
New York, New York

                                          Respectfully submitted,

                                          *s/ Matthew W. Lampe*

                                          Matthew W. Lampe
                                          JONES DAY
                                          250 Vesey Street
                                          New York, New York 10281
                                          Telephone:  (212) 326-3939
                                          Facsimile:   (212) 755-7309
                                          mwlampe@jonesday.com

                                          *Attorney for Defendant*
                                          *International Business Machines Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I caused the foregoing to be filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

 /s/ Matthew W. Lampe
Matthew W. Lampe