UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH TAVENNER,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.<br><br>      Defendant. | Civil Action No. 7:21-cv-06345 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff hereby gives notice that he appeals to the United States Court of Appeals for the Second Circuit from this Court's Memorandum Opinion and Order granting IBM's motion to dismiss, denying Plaintiff's motion for summary judgment, and granting the motions to seal in this case (Dkts. 19, 32, and 45). Plaintiff appeals the judgment entered (Dkt. 46).

Dated: September 28, 2022

Respectfully submitted,
DEBORAH TAVENNER,

By her attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (NY Bar No. 2971927)
Zachary Rubin (NY Bar No. 5442025)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com, zrubin@llrlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record by electronic filing on September 28, 2022.

/s/ <i>Shannon Liss-Riordan</i><br>
Shannon Liss-Riordan